# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: MICHAEL W. RENKOSIAK § Case No. 11-82266
    SHARENE C. RENKOSIAK §
               §
      Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/19/2011.

2) The plan was confirmed on 06/15/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2012.

5) The case was dismissed on 11/16/2012.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,150.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 10,005.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,005.00 |

### Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 406.44 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,906.44 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| FULLET ROSENLUND ANDERSON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDLEWICK LAKE ASSOCIATION | Sec | 1,352.00 | 1,352.00 | 1,352.00 | 564.85 | 143.04 |
| HSBC MORTGAGE SERVICES | Sec | 24,000.00 | 28,013.87 | 28,013.87 | 3,974.88 | 0.00 |
| HFC | Uns | 6,000.00 | 32,728.04 | 32,728.04 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 4,000.00 | 11,437.55 | 4,000.00 | 1,063.53 | 352.26 |
| SANTANDER CONSUMER USA, INC | Uns | 6,000.00 | 0.00 | 7,437.55 | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 2,300.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ALAN KOSSMAN DDS PC | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 3,100.00 | NA | NA | 0.00 | 0.00 |
| AQUA ILLINOIS | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 890.00 | 1,208.56 | 1,208.56 | 0.00 | 0.00 |
| CARLSON ORTHOPEDIC CLINIC | Uns | 2,150.00 | 2,661.60 | 2,661.60 | 0.00 | 0.00 |
| CASH ASAP | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CLAYTON MALAKER | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 480.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COTTONWOOD FINANCIAL | Uns | 770.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 77.00 | 77.22 | 77.22 | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 640.00 | 640.00 | 640.00 | 0.00 | 0.00 |
| DIRECT TV | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| EAR NOSE & THROAT | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| FIGIS INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER - ARROW | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| GALLUZZO FOOT CLINIC | Uns | 825.00 | 825.00 | 0.00 | 0.00 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| GM READERS SERVICE | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| GUZZARDO MUSIC | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 1,500.00 | 1,141.32 | 1,141.32 | 0.00 | 0.00 |
| LIFE TOUCH | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Uns | 265.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 575.00 | 1,250.59 | 1,250.59 | 0.00 | 0.00 |
| ORAL & MAXILLOFACIAL | Uns | 30.00 | 28.04 | 28.04 | 0.00 | 0.00 |
| ORTHOPEDIC SPORTS & | Uns | 2,140.00 | 3,162.70 | 3,162.70 | 0.00 | 0.00 |
| OSF HEALTHCARE | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,200.00 | 1,208.56 | 1,208.56 | 0.00 | 0.00 |
| PAYDAY LOAN | Uns | 890.00 | NA | NA | 0.00 | 0.00 |
| PDL VENTURES | Uns | 475.00 | NA | NA | 0.00 | 0.00 |
| PHYCISIANS IMMEDIATE CARE | Uns | 18,200.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE CHIROPRACTIC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 47.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHEOLOGIST | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 220.00 | 221.40 | 221.40 | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER | Uns | 10,325.00 | NA | NA | 0.00 | 0.00 |
| SATURN SYSTEMS | Uns | 2,300.00 | NA | NA | 0.00 | 0.00 |
| SCHOLATIC INC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,035.00 | 3,116.01 | 2,476.01 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL MANAGEMENT SERVICES | Uns | 1,100.00 | 17,809.94 | 17,809.94 | 0.00 | 0.00 |
| T6WIRELESS | Uns | 190.00 | 183.57 | 183.57 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,400.00 | 1,972.04 | 1,972.04 | 0.00 | 0.00 |
| THE CASH STORE | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| VERIZON NORTH | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 736.32 | 736.32 | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 0.00 | 1,099.00 | 1,099.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 0.00 | 71.33 | 71.33 | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 0.00 | 134.00 | 134.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 1,180.48 | 1,180.48 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 1,562.68 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 28,013.87 | $ 3,974.88 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,000.00 | $ 1,063.53 | $ 352.26 |
| All Other Secured | $ 1,352.00 | $ 564.85 | $ 143.04 |
| **TOTAL SECURED:** | $ 33,365.87 | $ 5,603.26 | $ 495.30 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 77,428.27 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,906.44 |
| Disbursements to Creditors | $ 6,098.56 |
| **TOTAL DISBURSEMENTS:** | $ 10,005.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/23/2013          By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.